Filed: 10/13/2015 4:41:05 PM
Eloy R. Garcia, District Clerk
Starr County, Texas

Ana Martinez

CAUSE NO.  DC-14-307

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/15/2015 3:32:03 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| SANDRA GALVAN, INDIVIDUALLY AND AS NEXT FRIEND OF VALERIE RUBIO, MINOR AND MARIA ZEMPOALTCALT, INDIVIDUALLY | § § § § § | IN THE DISTRICT COURT |
| VS. | § § | 381st JUDICIAL DISTRICT |
| ROSALVA GARCIA | § | STARR COUNTY, TEXAS |

PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, **SANDRA GALVAN, INDIVIDUALLY AND AS NEXT FRIEND OF VALERIE RUBIO, MINOR AND MARIA ZEMPOALTCALT, INDIVIDUALLY,** hereby file this notice of appeal of the above-styled case, seeking appellate review from the Fourth Court of Appeals, San Antonio, Texas.  Plaintiffs hereby appeal the Court's order granting a Judgment Not Withstanding the Verdict on September 16, 2015.  This Notice of Appeal has been filed within thirty (30) days of the date the Court's judgment became final.

Respectfully submitted,

KARAM LAW FIRM

By: _____
Aizar J. Karam, Jr.
State Bar No. 00796860
1722 Pecan Avenue
McAllen, Texas 78501
Telephone: (956) 630-5700
Facsimile: (956) 630-5702
akaram@karamlawfirm.com

AND

1

**THE OSIRIS A. GONZALEZ LAW FIRM**

Osiris A. Gonzalez
State Bar No. 24047463
2100 S. Shary Rd., Ste. 4
Mission, Texas 78572
(956) 583-4404- Telephone
(956) 583-4401 - Facsimile

**COUNSEL FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to the following counsel of record via certified mail, return receipt requested, facsimile, electronic mail, regular mail and/or hand delivery on this _____ day of October 2015:

Guillermo Tijerina, Jr.
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 N. 10th Avenue
Edinburg, TX 78539

_____
Aizar J. Karam, Jr.